ISIDOR MINTZ, Respondent, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.

Argued October 21, 1937; decided November 23, 1937.

548

*James D. Ewing* and *William G. Birmingham* for appellant.

*Ellsworth Baker* and *Hyman E. Mintz*, for respondent.

Judgment affirmed, with costs. Even if there were error in the form of the two specific questions submitted to the jury such error does not constitute reversible error when the charge as a whole is considered. No opinion.

Concur: CRANE, Ch. J., HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: LEHMAN and O'BRIEN, JJ.